IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLARENCE GIVENS,

    Plaintiff,

v.

KENNETH LUEDTKE, JEANEE
GREENWOOD and JOHN/JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-848-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Clarence Givens leave to proceed and dismissing this case with prejudice as untimely and for plaintiff's failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

| /s/ | 5/6/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |