UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CLARENCE GIVENS,
    Plaintiff,

vs.                            Case No.: 38-cv-848-wmc

KENNETH LUEDTKE, et., al.,
    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that CLARENCE GIVENS, plaintiff-appellant in the above named case, does hereby appeal to the United States Court of Appeals for the Seventh Circuit from the United States Western District court order and decision dismissing plaintiff's 42 U.S.C. 1983 action on May, 6, 2014, and the order denying his Rule 59(e) motion to alter or amend the judgment on June, 12, 2014, judge William M. Conley presiding.

Dated this 2nd, day of July, 2014.

_____,
Petitioner-Appellant Pro Se

Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500

cc: File